IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARIA VERONICA RAMIREZ**<br>*Plaintiff*<br><br>V.<br><br>**AUTO LINEAS RTG SA de CV**<br>**DBA HAULER CARGO &**<br>**INTERNATIONAL SERVICE and**<br>**ARMANDO GARZA RICARIO**<br>*Defendants* | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-08 |

## VOLUNTARY DISMISSAL BY STIPULATION
## OF ALL CLAIMS AGAINST ALL DEFENDANTS

This stipulation is made by and between Plaintiff MARIA VERONICA RAMIREZ, and AUTO LINEAS RTG SA de CV and ARMANDO GARZA RICARIO with reference to the following facts:

1. WHEREAS, the Plaintiff filed the above-captioned actions (the "Action");

2. WHEREAS, the Action is not a class action or a derivative action;

3. WHEREAS, a receiver has not been appointed in the Action;

4. WHEREAS the Action is not governed by any federal statute that requires a court order for dismissal of the case against the Defendants;

5. WHEREAS, Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in the Action;

6. WHEREAS, Plaintiff seeks to dismiss the Action with prejudice against all Defendants; and

7. WHEREAS, Plaintiff is concurrently filing a Notice of Voluntary Dismissal with Prejudice as to all Defendants.

**VOLUNTARY DISMISSAL BY STIPULATION OF ALL CLAIMS AGAINST ALL DEFENDANTS– Page 1**

NOW THEREFORE, the Parties, through their respective attorneys, hereby stipulate as follows:

1. The Action is dismissed with prejudice against all Defendants, including AUTO LINEAS RTG SA de CV, AUTO LINEAS RTG SA de CV DBA HAULER CARGO & INTERNATIONAL SERVICE and ARMANDO GARZA RICARIO

2. This dismissal will result in dismissal with prejudice of any and all claims by Plaintiff MARIA VERONICA RAMIREZ, against AUTO LINEAS RTG SA de CV, AUTO LINEAS RTG SA de CV DBA HAULER CARGO & INTERNATIONAL SERVICE and ARMANDO GARZA RICARIO in the Action; and

3. This dismissal is with prejudice to refiling against the Defendants AUTO LINEAS RTG SA de CV, AUTO LINEAS RTG SA de CV DBA HAULER CARGO & INTERNATIONAL SERVICE and ARMANDO GARZA RICARIO.

Dated: _____, 2024.

| | |
|---|---|
| By: */s/ Daniel Torres* | By: /s/ Douglas E. Chaves_____ |
| Daniel A. Torres | Douglas E. Chaves |
| State Bar No. 24046985 | CHAVES, OBREGON & PERALES, L.L.P. |
| Federal Bar ID: 573645 | State Bar No. 04161400 |
| daniel@jvlawfirm.com | Southern Bar District ID No. 1895 |
| Javier Villarreal | dchaves@crrlawfirm.com |
| State Bar No. 224028097 | Aidan Perales |
| jv@jvlawfirm.com | State Bar No. 24027604 |
| LAW OFFICES OF JAVIER VILLARREAL, P.L.L.C. | Federal Bar No. 27471 |
| | aperales@crrlawfirm.com |
| 2401 Wild Flower Drive, Suite A | 800 N. Shoreline Blvd., Suite 2000 S |
| Brownsville, Texas 78526 | Corpus Christi, Texas 78401 |
| Tel: 956-300-0000 | (361) 884-5400 |
| Fax: 956-550-0877 | (361) 884-5401 Facsimile |
| ***Attorney for Plaintiff Maria Veronica Ramirez*** | ***Attorneys for Defendants Auto Lineas RTG SA de CV and Armando Garza Ricario*** |