United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| MARIA VERONICA RAMIREZ, § <br> "Plaintiff," § <br> § <br> v. § <br> § <br> AUTO LINEAS RTG SA DE CV DBA § <br> HAULER CARGO, ET AL., § <br> "Defendants." § | Civil Action No. 1:23-cv-00008 |

## ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Voluntary Dismissal by Stipulation of All Claims Against All Defendants" (Dkt. No. 23) and Plaintiff's "Notice of Voluntary Dismissal with Prejudice of All Defendants" (Dkt. No. 24) in the above-captioned civil case. The parties informed the Court that the matters in controversy were resolved. *See* Dkt. Nos. 23, 24. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on September 20, 2024.

_____
Rolando Olvera
United States District Judge